IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAN KAUFMAN and ELLIOT GRUBMAN, *on behalf of themselves and all others similarly situated* <br><br> Plaintiffs, <br><br> vs. <br><br> FAIRWAY OPERATING CORP., FAIRWAY CENTRAL SERVICES CORP., FAIRWAY GROUP HOLDINGS CORP., FAIRWAY GROUP CENTRAL SERVICES LLC, FAIRWAY UPTOWN, LLC, FAIRWAY BROADWAY LCC, FAIRWAY RED HOOK LLC, FAIRWAY BROOKLYN, LLC, FAIRWAY GROUP PLAINVIEW LLC, FAIRWAY PLAINVIEW, LCC, and FAIRWAY GROUP ACQUISITION COMPANY, <br><br> Defendants. | Civil Action No.:07-cv-07525 (BSJ) <br><br>  |

**STIPULATION EXTENDING TIME TO ANSWER OR
TO OTHERWISE PLEAD TO THE COMPLAINT**

**TO THE COURT:**

It is hereby stipulated between plaintiffs and defendants, by and through their respective attorneys, that defendants, with this Court's approval, be permitted an extension until October 31, 2007 to answer or otherwise plead to the Complaint. Defendants agree not to contest any deficiencies relating to service of the summons and complaint. No other extension has been requested.

PETROFF & BELLIN, LLP

BY: *[signature]*
Aytan Y. Bellin

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: *[signature]*
Jennifer A. Lee

60 East 42nd Street, Suite 1026
New York, NY 10165
(212) 962-2400

140 Broadway, 46th Floor
New York, NY 10005

**PLEASE RESPOND TO:**
425 Eagle Rock Avenue
Suite 302
Roseland, NJ 07068
Direct Dial: 973-618-4161

DATE: Sept 19, 2007

BY THE COURT:

_____
U.S.D.J.