Jones, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN KAUFMAN and ELLIOT
GRUBMAN, on behalf of themselves and
all others similarly situated,

                        Plaintiff,

          -against-

FAIRWAY OPERATING CORP.,
FAIRWAY CENTRAL SERVICES
CORP., FAIRWAY GROUP
HOLDINGS CORP., FAIRWAY
GROUP CENTRAL SERVICES LLC,
FAIRWAY UPTOWN LLC, FAIRWAY
BROADWAY LLC, FAIRWAY RED
HOOK LLC, FAIRWAY BROOKLYN,
LLC, FAIRWAY GROUP PLAINVIEW
LLC, FAIRWAY PLAINVIEW, LLC,
FAIRWAY GROUP ACQUISITION
COMPANY,

                        Defendants.

07 Civ. 7525 (BSJ) (GWG)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). Each party to bear his or its own attorneys' fees and costs.

PETROFF & BELLIN, LLP
Aytan Y. Bellin
aytan.bellin@pbelderlaw.com
60 East 42nd Street, Suite 1026
New York, New York 10165
(212) 962-2400

BROMBERG LAW OFFICE, P.C.
Brian L. Bromberg
brian@bromberglawoffice.com
40 Exchange Place, Suite 2010
New York, New York 10005
(212) 248-7906

By: _____
    Brian L. Bromberg
    Attorneys for Plaintiff
Dated: June 26, 2008

HUGHES HUBBARD & REED LLP
Jeff H. Galloway
galloway@hugheshubbard.com
Amera Z. Chowhan
chowhan@hugheshubbard.com
One Battery Park Plaza
New York, New York 10005
(212) 837-6000

By: _____
    Jeff H. Galloway
    Attorneys for Defendants
Dated: June 26, 2008

6/27/08

SO ORDERED:

_____
Honorable Barbara S. Jones
United States District Judge

Dated: June 27, 2008

60321759_1.DOC